1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Jason A. James (Bar No. 265129)
   jjames@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   800 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90017-2611
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   ReliaStar Life Insurance Company
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 Rosie L. Sanders-James,                )  Case No. 14-cv-04585 JSW
                                          )
12          Plaintiff,                    )  **STIPULATION TO DISMISS THE
                                          )  ENTIRE CASE WITH
13     vs.                                )  PREJUDICE**
                                          )
14 ReliaStar Life Insurance Company and   )  Complaint Filed: August 25, 2014
   Does 1 through 19,                     )
15                                        )
            Defendants.                   )
16 _____)

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

140908.1

Case No. 14-cv-04585 JSW
STIPULATION TO DISMISS THE ENTIRE
CASE WITH PREJUDICE

1  IT IS HEREBY STIPULATED, by and between plaintiff ROSIE L. SANDERS-JAMES ("Plaintiff") and defendant ReliaStar Life Insurance Company ("ReliaStar") that the parties agree to dismiss this action in its entirety, with prejudice, as to all defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO STIPULATED.

Dated: November 25, 2014    Rosie L. Sanders-James

By: *(signature)*
Rosie L. Sanders-James
Plaintiff, *pro se*

Dated: November 25, 2014    MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Jason A. James

By: //s/ Jason A. James
Jason A. James
Attorneys for Defendant
ReliaStar Life Insurance Company

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

140908.1

1

Case No. 14-cv-04585 JSW
STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE