# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosie L. Sanders-James,<br><br>    Plaintiff,<br><br>vs.<br><br>ReliaStar Life Insurance Company and Does 1 through 19,<br><br>    Defendants. | Case No. 14-cv-04585 JSW<br><br>**ORDER UPON STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: August 25, 2014 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 14-cv-04585 JSW, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: December 11, 2014

_____
Hon. Jeffrey S. White
United States District Court Jude

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

140910.1

1

Case No. 14-cv-04585 JSW
ORDER UPON STIPULATION TO DISMISS
THE ENTIRE CASE WITH PREJUDICE